1 | **MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
JEREMY S. MILLSTONE, ESQ. (SBN 166901)
RICHARD M. WATTS, JR., ESQ. (SBN 221268)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: 916.780.8222
Fax:    916.780.8775

Attorneys for Plaintiff
SHARIN STARY

**JACKSON LEWIS, LLP**
MICHAEL J. CHRISTIAN (SBN 173727)
801 "K" Street, Suite 2300
Sacramento, CA 95814
Phone: 916.341.0404
Fax:    916.341.0141

Attorneys for Defendant
MASTERS WHOLESALE DISTRIBUTING & MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIN STARY,<br><br>                Plaintiff,<br><br>   v.<br><br>MASTERS WHOLESALE DISTRIBUTING & MANUFACTURING, INC.; AND DOES 1 through 25, inclusive<br><br>                Defendant. | Case No. 2:08-CV-02213-JAM-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

       Pursuant to Federal Rules of Civil Procedure, Rule 41, Plaintiff Sharin Stary and Defendant Masters Wholesale Distributing & Manufacturing, Inc., hereby agree to dismiss the above-entitled action, with prejudice, pursuant to the terms of a settlement agreement executed between the parties. The parties agree and stipulate that the Court shall retain jurisdiction over

/ / /

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION

PDF created with pdfFactory trial version www.pdffactory.com

Case No. 2:08-CV-02213-JAM-JFM for the purposes of resolving any disputes that may arise in connection with the settlement agreement and to enforce the terms of the settlement agreement.

**IT IS SO STIPULATED.**

DATED: April 14, 2009.      **MILLSTONE PETERSON & WATTS, LLP**
*ATTORNEYS AT LAW*

By:    /s/ Jeremy S. Millstone
        JEREMY S. MILLSTONE

Attorneys for Plaintiff
SHARIN STARY

DATED: April 14, 2009.      **JACKSON LEWIS, LLP**

By:    /s/ Michael J. Christian
     (As Authorized on April 14, 2009)
        MICHAEL J. CHRISTIAN

Attorneys for Defendant
MASTERS WHOLESALE DISTRIBUTING & MANUFACTURING, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Jeremy S. Millstone

**IT IS SO ORDERED.**

DATED: APRIL 14, 2009

        /s/ JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com